**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**Atlanta DIVISION**

In re: MONROE, CHARLES EDWARD          § Case No. 17-50946-WLH
                                       §
                                       §
                                       §
        Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 01/18/2017. The undersigned trustee was appointed on 07/06/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of        $        36,143.33

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 16,500.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 19,643.33 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 12/24/2018 and the deadline for filing governmental claims was 12/24/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,714.33. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $2,714.33, for a total compensation of $2,714.33[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $34.50 for total expenses of $34.50[2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/05/2019

By: /s/ Kyle Cooper
    Trustee , Bar No.: 425918

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

Case No.: 17-50946-WLH  
Case Name: MONROE, CHARLES EDWARD  
For Period Ending: 03/05/2019

Trustee Name: (300031) Kyle Cooper  
Date Filed (f) or Converted (c): 01/18/2017 (f)  
§ 341(a) Meeting Date: 02/22/2017  
Claims Bar Date: 12/24/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | VOID (u)<br>Excess Proceeds from Foreclosure. (See Footnote) | VOID | VOID | VOID | VOID | VOID |
| 2* | 517 Woodrow Avenue, Atlanta, GA 30354-0000, Fulton County Single-family home Entire property value: $42,200.00 (u)<br>Excess Proceeds from Foreclosure. (See Footnote) | 42,200.00 | 0.00 | | 36,143.33 | FA |
| 3 | 2004 Hyundai Excel, 80000 miles. Entire property value: $2,000.00 (u) | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2 BR, LR, DR (u) | 800.00 | 0.00 | | 0.00 | FA |
| 5 | 2 Tv, 2 DVD Players (u) | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Record Collection (u) | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Clothes/ Shoes (u) | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Checking: Wells Fargo (u) | 3.00 | 0.00 | | 0.00 | FA |
| 8 | **Assets Totals (Excluding unknown values)** | **$46,603.00** | **$0.00** | | **$36,143.33** | **$0.00** |

RE PROP# 1    Funds in excess of foreclosure.

RE PROP# 2    Excess Proceeds from Foreclosure.

**Major Activities Affecting Case Closing:**

2/19/2019 - Preparing to disburse Debtor's exemptions pursuant to Court Order (Doc. No. 33) and reviewing Proof of Claims.

2/14/2019 - Motion to Pay Debtor's Exemption pending before the Court. Awaiting order.

12/20/2018 - Reviewing POCs. Finalizing exemption discussion with Debtor's Attorney. If Amended Schedule C filed Trustee will review and file Objection if necessary.

11/27/2018 - Title history investigation. Communicating and working with Debtor Attorney re possible exemptions, awaiting response.

9/24/2018 - Bar date requested. Awaiting filing of POCs.

8/1/2018 - Trustee seeking turnover of funds.

7/3/2018 - Case reopened re excess proceeds from foreclosure sale.

Initial Projected Date Of Final Report (TFR): 12/31/2019    Current Projected Date Of Final Report (TFR): 12/31/2019

UST Form 101-7-TFR (5/1/2011)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 2

**Case No.:** 17-50946-WLH  
**Case Name:** MONROE, CHARLES EDWARD

**For Period Ending:** 03/05/2019

**Trustee Name:** (300031) Kyle Cooper  
**Date Filed (f) or Converted (c):** 01/18/2017 (f)  
**§ 341(a) Meeting Date:** 02/22/2017  
**Claims Bar Date:** 12/24/2018

03/05/2019
_____
Date

/s/Kyle Cooper
_____
Kyle Cooper

UST Form 101-7-TFR (5/1/2011)

**Form 2**

Exhibit B
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 17-50946-WLH | Trustee Name: | Kyle Cooper (300031) |
|---|---|---|---|
| Case Name: | MONROE, CHARLES EDWARD | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9983 | Account #: | ******0100 Checking |
| For Period Ending: | 03/05/2019 | Blanket Bond (per case limit): | $30,390,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/30/18 | {2} | Aldridge Pite LLP | Excess Proceeds from Forclosure | 1210-000 | 36,143.33 | | 36,143.33 |
| 03/04/19 | 101 | Charles Edward Monroe | Homestead Exemption | 8100-002 | | ! 16,500.00 | 19,643.33 |
| | | **COLUMN TOTALS** | | | 36,143.33 | 16,500.00 | $19,643.33 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 36,143.33 | 16,500.00 | |
| | | Less: Payments to Debtors | | | | 16,500.00 | |
| | | **NET Receipts / Disbursements** | | | $36,143.33 | $0.00 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 17-50946-WLH | **Trustee Name:** | Kyle Cooper (300031) |
| **Case Name:** | MONROE, CHARLES EDWARD | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***9983 | **Account #:** | ******0100 Checking |
| **For Period Ending:** | 03/05/2019 | **Blanket Bond (per case limit):** | $30,390,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $36,143.33 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $16,500.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $19,643.33 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0100 Checking | $36,143.33 | $0.00 | $19,643.33 |
| | $36,143.33 | $0.00 | $19,643.33 |

03/05/2019
Date

/s/Kyle Cooper
Kyle Cooper

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

## Analysis of Claims Register

Case: 17-50946-WLH        CHARLES EDWARD MONROE

Claims Bar Date: 12/24/18

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | Kyle Cooper<br>120 Travertine Trail<br>Alpharetta, GA 30022<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>03/04/19 | | $2,714.33<br>$2,714.33 | $0.00 | $2,714.33 |
| TE | Kyle Cooper<br>120 Travertine Trail<br>Alpharetta, GA 30022<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>03/04/19 | | $34.50<br>$34.50 | $0.00 | $34.50 |
| 6 | Ogier, Rothschild & Rosenfeld, PC<br>P.O. Box 1547<br>Decatur, GA 30031<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>03/04/19 | | $2,310.00<br>$2,310.00 | $0.00 | $2,310.00 |
| 7 | Ogier, Rothschild & Rosenfeld, PC<br>P.O. Box 1547<br>Decatur, GA 30031<br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 200 | Administrative<br>03/04/19 | | $9.00<br>$9.00 | $0.00 | $9.00 |
| 8 | Clerk of the Bankruptcy Court<br>1340 United States Courthouse<br>75 Ted Turner Drive<br>Atlanta, GA 30303<br><2700-000 Clerk of the Court Fees><br>, 200<br>Per Court Order Doc. No. 36 | Administrative<br>03/05/19 | | $260.00<br>$260.00 | $0.00 | $260.00 |
| 1P | IRS<br>401 W. Peachtree St., NW<br>Stop #334-D, Room 400<br>Atlanta, GA 30308<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>09/27/18 | | $74.92<br>$74.92 | $0.00 | $74.92 |

UST Form 101-7-TFR (5/1/2011)

Page: 2

# Exhibit C

## Analysis of Claims Register

**Case:** 17-50946-WLH            **CHARLES EDWARD MONROE**

Claims Bar Date: 12/24/18

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| 1U | IRS<br>401 W. Peachtree St., NW<br>Stop #334-D, Room 400<br>Atlanta, GA 30308<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/27/18 | | $305.78<br>$305.78 | $0.00 | $305.78 |
| 2 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/17/18 | | $15,223.70<br>$15,223.70 | $0.00 | $15,223.70 |
| 3 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/17/18 | | $11,322.51<br>$11,322.51 | $0.00 | $11,322.51 |
| 4 | Georgia Natural Gas<br>P.O. Box 71245<br>Charlotte, NC 28272<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>11/27/18 | | $145.56<br>$145.56 | $0.00 | $145.56 |
| | | | **Case Total:** | | **$0.00** | **$32,400.30** |

UST Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 17-50946-WLH
Case Name: CHARLES EDWARD MONROE
Trustee Name: Kyle Cooper

**Balance on hand:**    $              19,643.33

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:    $            0.00
Remaining balance:    $       19,643.33

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Kyle Cooper | 2,714.33 | 0.00 | 2,714.33 |
| Trustee, Expenses - Kyle Cooper | 34.50 | 0.00 | 34.50 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |
| Attorney for Trustee Fees (Other Firm) - Ogier, Rothschild & Rosenfeld, PC | 2,310.00 | 0.00 | 2,310.00 |
| Attorney for Trustee Expenses (Other Firm) - Ogier, Rothschild & Rosenfeld, PC | 9.00 | 0.00 | 9.00 |

Total to be paid for chapter 7 administrative expenses:    $       5,327.83
Remaining balance:    $      14,315.50

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:    $            0.00
Remaining balance:    $      14,315.50

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $74.92 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1P | IRS | 74.92 | 0.00 | 74.92 |

|  | Total to be paid for priority claims: | $ | 74.92 |
|---|---|---|---:|
|  | Remaining balance: | $ | 14,240.58 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $26,997.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 52.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1U | IRS | 305.78 | 0.00 | 161.29 |
| 2 | Bank of America, N.A. | 15,223.70 | 0.00 | 8,030.15 |
| 3 | Bank of America, N.A. | 11,322.51 | 0.00 | 5,972.36 |
| 4 | Georgia Natural Gas | 145.56 | 0.00 | 76.78 |

|  | Total to be paid for timely general unsecured claims: | $ | 14,240.58 |
|---|---|---|---:|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |  |  |  |

|  | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---:|
|  | Remaining balance: | $ | 0.00 |

UST Form 101-7-TFR(5/1/2011)

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

                                      Total to be paid for subordinated claims:  $        0.00
                                                                   Remaining balance:  $        0.00